**Order entered September 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00921-CV

## ELIZABETH JANE BURKS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GENE ALDERSON BURKS, SR., DECEASED, Appellant

## V.

## JOHN J. DUNCAN, PH.D, ET AL., Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-12-02824-D**

## ORDER

This appeal was abated June 29, 2015 because a party to the appeal had filed for bankruptcy. By motion filed September 21, 2015, appellant seeks to reinstate the appeal, asserting the bankruptcy court has signed an order lifting the stay. *See* TEX. R. APP. P. 8.3. Attached to appellant's motion is a copy of the bankruptcy court's order.

We **GRANT** appellant's motion and **REINSTATE** the appeal. *See id.* The appeal will be submitted in due course.

/s/     CRAIG STODDART
        JUSTICE